# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTOINETTE BANKS,

        Plaintiff,

vs.

DIRECT LOANS SERVICING CENTER,

        Defendant.

2:12-cv-01163-PMP-CWH

**ORDER**

      This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* (#1), filed July 3, 2012. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*, and she submitted a complaint on July 3, 2012.

      Plaintiff's application is incomplete. In question 2 Plaintiff indicates that she is employed and in question 3 indicates that her income varies from month to month. However, Plaintiff has not indicated what her take-home-pay or wages are, as required in question 2. The Court understands that being self-employed may result in some fluctuation on a month-to month basis, but that is not a sufficient ground for Plaintiff to not fully answer the question. As a result, the Court cannot determine whether Plaintiff is eligible to proceed *in forma pauperis*.

      Based on the foregoing and good cause appearing therefore,

      **IT IS ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (#1) is **denied without prejudice**.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall mail Plaintiff a blank Application to Proceed *In Forma Pauperis*.

      **IT IS FURTHER ORDERED** that Plaintiff shall have until **Monday, October 8, 2012**, in which to file a completed Application to Proceed *In Forma Pauperis*. Failure to comply with this Order will result in a recommendation to the District Judge that Plaintiff's Application to Proceed *In*

1 | *Forma Pauperis* be denied with prejudice.

      Dated this 10th day of September, 2012.

                                                            _____
                                                            C.W. HOFFMAN, JR.
                                                             UNITED STATES MAGISTRATE JUDGE