UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANTOINETTE BANKS,           )
                            )
         Plaintiff,         )      2:12-cv-01163-PMP-CWH
                            )
  v.                        )
                            )
DIRECT LOANS SERVICING CENTER, )
et al.,                     )      ORDER
                            )
         Defendants.        )
_____)

There having been no action in this case since this Court's Order (Doc. #10) giving Plaintiff until February 11, 2013, to file an amended complaint,

IT IS ORDERED that this case is hereby DISMISSED with prejudice.

DATED: February 25, 2013

_____
PHILIP M. PRO
United States District Judge